**Exhibit E**

CT
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

## FAX TRANSMITTAL FORM

February 4, 2009
DATE

IBEW Local 103 v. Indymac MBS, Inc., et al.
RE:

83
NUMBER OF PAGES INCLUDING COVER

Andrew Bott
DELIVER TO

704-602-5672
FAX #

*Sabrina J. Ambrose – Process Specialist*
FROM

514398739
LOG #

SPECIAL INSTRUCTIONS

**CT Corporation**

**Service of Process Transmittal**
02/04/2009
CT Log Number 514398739

| | |
|---|---|
| **TO:** | Andrew Bott<br>Bank of America<br>CA5-705-08-01, 555 California Street, 8th Floor<br>San Francisco, CA 94104· |
| **RE:** | **Process Served in New York** |
| **FOR:** | Banc of America Securities LLC (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | IBEW Local 103, Pltf. vs. Indymac MBS, Inc., et al. including Banc of America Securities LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Los Angeles County: Superior Court: Central Branch, CA<br>Case # BC405843 |
| **NATURE OF ACTION:** | Class Action - Violations of Sections 11,12(a)(2) and 15 of the Securities Act of 1933 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/04/2009 at 12:20 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S) / SENDER(S):** | Mark I. Labaton<br>Kreindler & Kreindler LLP<br>707 Wilshire Boulevard<br>Suite 4100<br>Los Angeles, CA 90017 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798082534478<br>SOP Papers with Transmittal, via Fax, Andrew Bott 704-602-5672<br>Email Notification, Andrew Bott andrew.m.bott@bankofamerica.com<br>Email Notification, Susan Kivelson susan.j.kivelson@bankofamerica.com<br>Email Notification, Jack Sena jack.m.sena@bankofamerica.com<br>Email Notification, Mark Borowski mark.f.borowski@bankofamerica.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Christopher Tilton<br>111 Eighth Avenue<br>New York, NY 10011<br>212-894-8940 |

Page 1 of  1 / SA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Los Angeles, Central District<br>111 N. Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>BC 405843 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

| DATE:<br>*(Fecha)*  JAN 20 2009 | JOHN A. CLARKE, CLERK | M. GARCIA | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES, INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES



**CORPORATION SERVICE COMPANY°**

# Notice of Service of Process

**AL2 / ALL**
**Transmittal Number: 6368791**
**Date Processed: 02/05/2009**

| | |
|---|---|
| **Primary Contact:** | Pierre Gentin<br>Credit Suisse Securities (USA) LLC<br>One Madison Avenue<br>2nd Floor<br>New York, NY 10010 |
| **Copy of transmittal only provided to:** | Jennifer Huffman<br>Patricia Solfaro<br>Alan Reifenberg<br>John MacDonald<br>Gloria Johnson<br>Peter Kozlowski<br>Colby Allsbrook |

| | |
|---|---|
| **Entity:** | Credit Suisse Securities (USA) LLC<br>Entity ID Number  2164061 |
| **Entity Served:** | Credit Suisse Securities (USA) LLC |
| **Title of Action:** | IBEW Local 103 vs. Indymac MBS, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court:** | Los  Angeles Superior Court, California |
| **Case Number:** | BC405843 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 02/04/2009 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | Mark I. Labaton<br>213-622-6469 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Los Angeles, Central District
111 N. Hill Street
Los Angeles, CA 90012

CASE NUMBER: *(Número del Caso):*
BC405843

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555); KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

DATE: *(Fecha)*  JAN 20    JOHN A. CLARKE, CLERK  Clerk, *(Secretario)*  M. GARCIA , Deputy *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☑ other *(specify):* LLC
4. ☑ by personal delivery on *(date):* 2/4/09

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

## ATTACHMENT A

IBEW LOCAL 103,

     Plaintiff,

   vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2,
RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST
2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL
ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN,
SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL
MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC.,
MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES,
INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS
SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

      Defendants.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Los Angeles, Central District<br>111 N. Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>BC405843 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

DATE:          JAN 20 2009          JOHN A. CLARKE, Clerk          M. GARCIA          , Deputy
*(Fecha)*                                                                                                                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.   www.USCourtForms.com

96

## ATTACHMENT A

IBEW LOCAL 103,

        Plaintiff,

vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY,
SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH,
RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,
SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,
SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED
TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE
LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY
MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME
EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC
IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST
2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA
MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST
2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC
MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST
2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC
MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST
2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA
MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST
2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA
MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST
2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA
MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST
2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA
MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST
2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES, INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

Defendants.



CORPORATION SERVICE COMPANY®

WCE / ALL
Transmittal Number: 6371538
Date Processed: 02/06/2009

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Linda Sulsenti<br>RBS Greenwich Capital<br>600 Steamboat Road<br>Greenwich, CT 06830-7149 |
| **Copy of transmittal only provided to:** | Shelby DeLucia<br>Ms. Pamela Mitchell |

| | |
|---|---|
| **Entity:** | Greenwich Capital Markets, Inc.<br>Entity ID Number 1646666 |
| **Entity Served:** | Greenwich Capital Markets Inc |
| **Title of Action:** | IBEW Local 103 vs. Indymac MBS, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Los Angeles Superior Court, California |
| **Case Number:** | BC405843 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 02/05/2009 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | Mark I. Labaton<br>213-622-6469 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 2 0 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Los Angeles, Central District<br>111 N. Hill Street<br>Los Angeles, CA 90012 | **CASE NUMBER:**<br>*(Número del Caso):*<br>BC 405843 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA. 90017

DATE:     JAN 20 2009     JOHN A. CLARKE, CLERK     Clerk, by     M. GARCIA     , Deputy
*(Fecha)*                                                                                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Greenwich Capital Markoff inC.

   under: ☒ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

101

ATTACHMENT A

IBEW LOCAL 103,

        Plaintiff,

vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE ·LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

102

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES, INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

     Defendants.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

INDYMAC MBS, INC., See Attachment A

KMV RECEIVED
2/4

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

IBEW LOCAL 103

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* BC 405843 |
|---|---|

Superior Court of California, County of Los Angeles, Central District
111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

| DATE: *(Fecha)* | JOHN A. CLARKE, CLERK | Clerk *(Secretario)* | M. GARCIA | , Deputy *(Adjunto)* |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 415.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 American LegalNet, Inc. | www.USCourtForms.com |
|---|---|---|---|

105

## ATTACHMENT A

IBEW LOCAL 103,

         Plaintiff,

vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2,
RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST
2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL
ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN,
SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL
MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC.,
MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES,
INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS
SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

      Defendants.

 CT Corporation

**Service of Process Transmittal**
02/04/2009
CT Log Number 514399858

TO:     Carl Del Vecchio
        JPMorgan Chase Bank, N.A.
        1 Chase Manhattan Plaza - 20th Floor, Legal Department
        New York, NY 10081-

RE:     **Process Served in New York**

FOR:    J.P. Morgan Securities Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ibew Local 103, Pltf. vs. Indymac MBS, Inc., et al. including J.P. Morgan Securities, Inc., Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Class Action Complaint, Attachment(s), Notice |
| **COURT/AGENCY:** | Los Angeles County: Superior Court: Central Branch, CA<br>Case # BC405843 |
| **NATURE OF ACTION:** | Class Action - Claims for damages for violation of sections 11,12(s)(2) and 15 of the securities act of 1933 and false and misleading prospectuses in connection with the Residential Asset Securitization Trust 2007-R1 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/04/2009 at 12:20 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Mark I. Labaton<br>Kreindler & Kreindler LLP<br>707 Wilshire Boulevard<br>Suite 4100<br>Los Angeles, CA 90017<br>213-622-6469 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2009, Expected Purge Date: 02/09/2009<br>Telephone, Julie Lepri , 312-732-7354<br>*Called at 4:17 p.m. and spoke to Julie Lepri*<br>Image SOP<br>Email Notification, Julie Lepri julie.lepri@jpmchase.com<br>Email Notification, Kim Gilbertson kim.gilbertson@wkglobal.com<br>Email Notification, Legal Papers Served legal.papers.served@jpmchase.com<br>CC Recipient(s)<br>Teresa Goldberg, via Customer Pick-up |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Christopher Tilton<br>111 Eighth Avenue<br>New York, NY 10011<br>212-894-8940 |

Page 1 of  1 / EB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

109

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* BC405843 |
|---|---|

Superior Court of California, County of Los Angeles, Central District
111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

| DATE: *(Fecha)* JAN 20 2009 | JOHN A. CLARKE, CLERK Clerk, *(Secretario)* | M. GARCIA , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 American LegalNet, Inc. | www.USCourtForms.com |
|---|---|---|

110

## ATTACHMENT A

IBEW LOCAL 103,

     Plaintiff,

  vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

111

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES, INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

     Defendants.

 CT Corporation

**Service of Process
Transmittal**
02/04/2009
CT Log Number 514397503

| | |
|---|---|
| **TO:** | Amy Eisenhardt, Attorney<br>Merrill Lynch<br>Third Party Services, Building One<br>4800 Deer Lake Drive<br>Jacksonville, FL 32246 |
| **RE:** | **Process Served in New York** |
| **FOR:** | MERRILL LYNCH & CO., INC. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ibew Local 103, Pltf. vs. Indymac MBS, Inc., et al. including Merrill Lynch & Co., Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand(s), Notice(s), Attachment(s) |
| **COURT/AGENCY:** | County of Los Angeles: Superior Court, CA<br>Case # BC405843 |
| **NATURE OF ACTION:** | Violations of the Securities Act of 1933- Class members seek judgment for compensatory and rescissory damages due to Dfts' wrong doing, omissions and misstatements in registration statements |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/04/2009 at 12:20 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S) / SENDER(S):** | Mark I. Labaton<br>Kreindler & Kreindler LLP<br>707 Wilshire Boulevard<br>Suite 4100<br>Los Angeles, CA 90017<br>213-622-6469 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2009, Expected Purge Date: 02/09/2009<br>Image SOP<br>Email Notification, Amy Eisenhardt amy_eisenhardt@ml.com<br>Email Notification, Kevin Haas Kevin_haas@ml.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Christopher Tilton<br>111 Eighth Avenue<br>New York, NY 10011<br>212-894-8940 |

Page 1 of  1 / RJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
IBEW LOCAL 103

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 2 0 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Los Angeles, Central District
111 N. Hill Street
Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso):*
BC405843

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

DATE: JAN 2 0 2009    JOHN A. CLARKE, CLERK    M. GARCIA    , Deputy
*(Fecha)* _____ Clerk, by _____    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**ATTACHMENT A**

IBEW LOCAL 103,

         Plaintiff,

   vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2,
RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST
2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL
ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN,
SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL
MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC.,
MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES,
INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS
SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

    Defendants.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
INDYMAC MBS, INC., See Attachment A

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
IBEW LOCAL 103

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es:)<br>Superior Court of California, County of Los Angeles, Central District<br>111 N. Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>(Número del Caso:)<br>**BC405843** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)
Mark I. Labaton (SBN 159555), KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017

DATE:          JOHN A. CLARKE, CLERK                    M. GARCIA          , Deputy
(Fecha)                    Clerk, by                                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. | www.USCourtForms.com

**ATTACHMENT A**

IBEW LOCAL 103,

       Plaintiff,

   vs.

INDYMAC MBS, INC., INDYMAC ABS, INC., JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR WOODWORTH, LYNETTE ANTOSH, RAPHAEL BOSTIC, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-1, HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-2B, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2007-H1, INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST,  SERIES 2006-H4, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A1, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A3, INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A4, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-AR2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR4, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR6, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR7, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR8, INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDB MORTGAGE LOAN TRUST 2006-1, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4, INDYMAC INDX

MORTGAGE LOAN TRUST 2006-AR41, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR5, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR7, INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR8, INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2006-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2006-R1, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR11, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR13, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR15, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR17, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR19, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR5, INDYMAC INDX MORTGAGE LOAN TRUST
2007-AR7, INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX1, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX2 , INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3, INDYMAC INDX
MORTGAGE LOAN TRUST 2007-FLX4, INDYMAC INDX MORTGAGE LOAN TRUST
2007-FLX5, INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L1, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L2, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L3, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2006-L4, INDYMAC
RESIDENTIAL MORTGAGE-BACKED TRUST, SERIES 2007-L1, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A10, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A12, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A13, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A16, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A2, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A4, RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A5CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6,
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB, RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A8, RESIDENTIAL ASSET SECURITIZATION TRUST
2006-A9CB, RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1, RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-R2, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A1, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2,
RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3, RESIDENTIAL ASSET
SECURITIZATION TRUST 2007-A5, RESIDENTIAL ASSET SECURITIZATION TRUST
2007-A6, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7, RESIDENTIAL
ASSET SECURITIZATION TRUST 2007-A8, RESIDENTIAL ASSET SECURITIZATION
TRUST 2007-A9, RESIDENTIAL ASSET SECURITIZATION TRUST 2007-R1, GOLDMAN,
SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, GREENWICH CAPITAL
MARKETS, INC., DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH & CO., INC.,
MORGAN STANLEY & CO., HSBC SECURITIES (USA), J.P. MORGAN SECURITIES,
INC., BANC OF AMERICA SECURITIES LLC, UBS INVESTMENT BANK, UBS
SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., INDYMAC SECURITIES

CORP., MOODY'S INVESTOR SERVICES, STANDARD & POOR'S RATINGS SERVICES, and FITCH RATINGS,

     Defendants.

1  KREINDLER & KREINDLER LLP
   MARK I. LABATON, ESQ. (SBN 159555)
2  707 Wilshire Boulevard, Suite 4100
   Los Angeles, CA 90017
3  Telephone:   (213) 622-6469
   Facsimile:   (213) 622-6019
4
   LABATON SUCHAROW LLP
5  CHRISTOPHER J. KELLER, ESQ.
   PAUL SCARLATO, ESQ.
6  LAURA S. KILLIAN, ESQ.
   STEFANIE J. SUNDEL, ESQ.
7  140 Broadway
   New York, NY 10005
8  Telephone:   (212) 907-0700
   Facsimile:   (212) 818-0477
9

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 20 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                  FOR THE COUNTY OF LOS ANGELES

12

13  IBEW LOCAL 103,                          )
                                             )
14                           Plaintiff,      )   Case No.:
                                             )
15      vs.                                  )   CLASS ACTION
                                             )
16  INDYMAC MBS, INC., INDYMAC ABS,          )
    INC., JOHN OLINSKI, S. BLAIR             )   COMPLAINT FOR VIOLATIONS OF
17  ABERNATHY, SAMIR GROVER, SIMON           )   SECTIONS 11, 12(a)(2) AND 15 OF THE
    HEYRICK, VICTOR WOODWORTH,               )   SECURITIES ACT OF 1933
18  LYNETTE ANTOSH, RAPHAEL BOSTIC,          )
    HOME EQUITY MORTGAGE LOAN                )   DEMAND FOR JURY TRIAL
19  ASSET-BACKED TRUST, SERIES INDS          )
    2006-1, HOME EQUITY MORTGAGE             )
20  LOAN ASSET-BACKED TRUST, SERIES          )
    INDS 2006-2B, INDYMAC HOME EQUITY        )
21  MORTGAGE LOAN ASSET-BACKED               )
    TRUST, SERIES 2006-H1, INDYMAC           )
22  HOME EQUITY MORTGAGE LOAN                )
    ASSET-BACKED TRUST, SERIES 2006-H2,      )
23  INDYMAC HOME EQUITY MORTGAGE             )
    LOAN ASSET-BACKED TRUST, SERIES          )
24  2006-H3, INDYMAC HOME EQUITY             )
    MORTGAGE LOAN ASSET-BACKED               )
25  TRUST, SERIES 2007-H1, INDYMAC           )
    HOME EQUITY MORTGAGE LOAN                )
26  ASSET-BACKED TRUST, SERIES 2006-         )
    H4, INDYMAC IMJA MORTGAGE LOAN           )
27  TRUST 2007-A1, INDYMAC IMJA              )
    MORTGAGE LOAN TRUST 2007-A2,             )
28  INDYMAC IMJA MORTGAGE LOAN               )
    TRUST 2007-A3, INDYMAC IMJA              )
    MORTGAGE LOAN TRUST 2007-A4,             )

CLASS ACTION COMPLAINT

123

1  INDYMAC IMSC MORTGAGE LOAN )
   TRUST 2007-AR1, INDYMAC IMSC )
2  MORTGAGE LOAN TRUST 2007-AR2, )
   INDYMAC IMSC MORTGAGE LOAN )
3  TRUST 2007-F1, INDYMAC IMSC )
   MORTGAGE LOAN TRUST 2007-F2, )
4  INDYMAC IMSC MORTGAGE LOAN )
   TRUST 2007-F3, INDYMAC IMSC )
5  MORTGAGE LOAN TRUST 2007-HOA1, )
   INDYMAC INDA MORTGAGE LOAN )
6  TRUST 2006-AR1, INDYMAC INDA )
   MORTGAGE LOAN TRUST 2006-AR2, )
7  INDYMAC INDA MORTGAGE LOAN )
   TRUST 2006-AR3, INDYMAC INDA )
8  MORTGAGE LOAN TRUST 2007-AR1, )
   INDYMAC INDA MORTGAGE LOAN )
9  TRUST 2007-AR2, INDYMAC INDA )
   MORTGAGE LOAN TRUST 2007-AR3, )
10 INDYMAC INDA MORTGAGE LOAN )
   TRUST 2007-AR4, INDYMAC INDA )
11 MORTGAGE LOAN TRUST 2007-AR5, )
   INDYMAC INDA MORTGAGE LOAN )
12 TRUST 2007-AR6, INDYMAC INDA )
   MORTGAGE LOAN TRUST 2007-AR7, )
13 INDYMAC INDA MORTGAGE LOAN )
   TRUST 2007-AR8, INDYMAC INDA )
14 MORTGAGE LOAN TRUST 2007-AR9, )
   INDYMAC INDB MORTGAGE LOAN )
15 TRUST 2006-1, INDYMAC INDX )
   MORTGAGE LOAN TRUST 2006-AR11, )
16 INDYMAC INDX MORTGAGE LOAN )
   TRUST 2006-AR12, INDYMAC INDX )
17 MORTGAGE LOAN TRUST 2006-AR13, )
   INDYMAC INDX MORTGAGE LOAN )
18 TRUST 2006-AR14, INDYMAC INDX )
   MORTGAGE LOAN TRUST 2006-AR15, )
19 INDYMAC INDX MORTGAGE LOAN )
   TRUST 2006-AR19, INDYMAC INDX )
20 MORTGAGE LOAN TRUST 2006-AR2, )
   INDYMAC INDX MORTGAGE LOAN )
21 TRUST 2006-AR21, INDYMAC INDX )
   MORTGAGE LOAN TRUST 2006-AR23, )
22 INDYMAC INDX MORTGAGE LOAN )
   TRUST 2006-AR25, INDYMAC INDX )
23 MORTGAGE LOAN TRUST 2006-AR27, )
   INDYMAC INDX MORTGAGE LOAN )
24 TRUST 2006-AR29, INDYMAC INDX )
   MORTGAGE LOAN TRUST 2006-AR3, )
25 INDYMAC INDX MORTGAGE LOAN )
   TRUST 2006-AR31, INDYMAC INDX )
26 MORTGAGE LOAN TRUST 2006-AR33, )
   INDYMAC INDX MORTGAGE LOAN )
27 TRUST 2006-AR35, INDYMAC INDX )
   MORTGAGE LOAN TRUST 2006-AR37, )
28 INDYMAC INDX MORTGAGE LOAN )
   TRUST 2006-AR39, INDYMAC INDX )

MORTGAGE LOAN TRUST 2006-AR4, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2006-AR41, INDYMAC INDX )
MORTGAGE LOAN TRUST 2006-AR5, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2006-AR6, INDYMAC INDX )
MORTGAGE LOAN TRUST 2006-AR7, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2006-AR8, INDYMAC INDX )
MORTGAGE LOAN TRUST 2006-AR9, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2006-FLX1, INDYMAC INDX )
MORTGAGE LOAN TRUST 2006-R1, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-AR1, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-AR11, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-AR13, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-AR15, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-AR17, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-AR19, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-AR21IP, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-AR5, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-AR7, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-AR9, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-FLX1, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-FLX2 , )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-FLX3, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-FLX4, )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2007-FLX5, INDYMAC INDX )
MORTGAGE LOAN TRUST 2007-FLX6, )
INDYMAC RESIDENTIAL MORTGAGE- )
BACKED TRUST, SERIES 2006-L1, )
INDYMAC RESIDENTIAL MORTGAGE- )
BACKED TRUST, SERIES 2006-L2, )
INDYMAC RESIDENTIAL MORTGAGE- )
BACKED TRUST, SERIES 2006-L3, )
INDYMAC RESIDENTIAL MORTGAGE- )
BACKED TRUST, SERIES 2006-L4, )
INDYMAC RESIDENTIAL MORTGAGE- )
BACKED TRUST, SERIES 2007-L1, )
RESIDENTIAL ASSET SECURITIZATION )
TRUST 2006-A1, RESIDENTIAL ASSET )
SECURITIZATION TRUST 2006-A10, )
RESIDENTIAL ASSET SECURITIZATION )
TRUST 2006-A11, RESIDENTIAL ASSET )
SECURITIZATION TRUST 2006-A12, )
RESIDENTIAL ASSET SECURITIZATION )
TRUST 2006-A13, RESIDENTIAL ASSET )
SECURITIZATION TRUST 2006-A14CB, )

1  RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2006-A15, RESIDENTIAL ASSET )
2  SECURITIZATION TRUST 2006-A16, )
   RESIDENTIAL ASSET SECURITIZATION )
3  TRUST 2006-A2, RESIDENTIAL ASSET )
   SECURITIZATION TRUST 2006-A3CB, )
4  RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2006-A4, RESIDENTIAL ASSET )
5  SECURITIZATION TRUST 2006-A5CB, )
   RESIDENTIAL ASSET SECURITIZATION )
6  TRUST 2006-A6, RESIDENTIAL ASSET )
   SECURITIZATION TRUST 2006-A7CB, )
7  RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2006-A8, RESIDENTIAL ASSET )
8  SECURITIZATION TRUST 2006-A9CB, )
   RESIDENTIAL ASSET SECURITIZATION )
9  TRUST 2006-R1, RESIDENTIAL ASSET )
   SECURITIZATION TRUST 2006-R2, )
10 RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2007-A1, RESIDENTIAL ASSET )
11 SECURITIZATION TRUST 2007-A2, )
   RESIDENTIAL ASSET SECURITIZATION )
12 TRUST 2007-A3, RESIDENTIAL ASSET )
   SECURITIZATION TRUST 2007-A5, )
13 RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2007-A6, RESIDENTIAL ASSET )
14 SECURITIZATION TRUST 2007-A7, )
   RESIDENTIAL ASSET SECURITIZATION )
15 TRUST 2007-A8, RESIDENTIAL ASSET )
   SECURITIZATION TRUST 2007-A9, )
16 RESIDENTIAL ASSET SECURITIZATION )
   TRUST 2007-R1, GOLDMAN, SACHS & )
17 CO., CREDIT SUISSE SECURITIES (USA) )
   LLC, GREENWICH CAPITAL MARKETS, )
18 INC., DEUTSCHE BANK SECURITIES )
   INC., MERRILL LYNCH & CO., INC., )
19 MORGAN STANLEY & CO., HSBC )
   SECURITIES (USA), J.P. MORGAN )
20 SECURITIES, INC., BANC OF AMERICA )
   SECURITIES LLC, UBS INVESTMENT )
21 BANK, UBS SECURITIES, LLC, )
   CITIGROUP GLOBAL MARKETS, INC., )
22 INDYMAC SECURITIES CORP., )
   MOODY'S INVESTOR SERVICES, )
23 STANDARD & POOR'S RATINGS )
   SERVICES, and FITCH RATINGS, )
24                                    )
                Defendants.           )
25 _____)

26

27

28

126

## SUMMARY OF THE ACTION

1.       This Complaint is brought pursuant to the Securities Act of 1933 (the "Securities Act") by IBEW Local 103 ("Plaintiff"), on its own behalf and as a class action on behalf of all persons and entities who purchased or otherwise acquired IndyMac Mortgage Pass-Through Trust Certificates (as defined below) between January 20, 2006 and June 30, 2008, inclusive (the "Class Period"), pursuant to Registration Statements and related Prospectuses and Supplemental Prospectuses[1] filed with the Securities and Exchange Commission ("SEC") by IndyMac MBS, Inc. ("IndyMac MBS") and IndyMac ABS, Inc. ("IndyMac ABS"), both limited purpose finance subsidiaries of IndyMac Bank, F.S.B. ("IndyMac Bank"). The Securities Act imposes liability for omissions and misstatements in registration statements and prospectuses and provides concurrent jurisdiction in state and federal courts over alleged violations of the Act. *See* 15 U.S.C. § 77v. This action involves solely ***strict liability*** and ***negligence*** claims brought pursuant to the Securities Act.

2.       IndyMac Bank was a multi-billion dollar hybrid thrift/mortgage bank during the Class Period. IndyMac Bank originated first mortgages and home equity lines of credit ("HELOCs") in all 50 states during the Class Period, and was the seventh largest savings and loan nationwide. As of September 2006, it was the ninth largest mortgage originator and eleventh largest mortgage servicer in the U.S. according to National Mortgage News.[2]

3.       IndyMac Bank formed IndyMac MBS and IndyMac ABS for the purposes of acquiring, owning and transferring mortgage assets and selling interests in them or bonds secured by them. To accomplish this, IndyMac MBS and IndyMac ABS, in cooperation with various investments bankers ("Underwriters"), and assisted by certain of the National Statistical Ratings Organizations ("Rating Agencies"), selected loans IndyMac Bank originated, pooled them

---

[1]   The Registration Statements, Prospectuses and Supplemental Prospectuses will be referred to collectively as the "Offering Documents."
[2]   IndyMac Bank was seized by the Office of Thrift Supervision ("OTS") on July 11, 2008, and was placed under Federal Deposit Insurance Company ("FDIC") receivership. IndyMac Bank and its parent, IndyMac Bancorp, Inc. filed for Chapter 7 bankruptcy protection and are in conservatorship. Because of the bankruptcy filing, IndyMac Bank and IndyMac Bancorp, Inc. are not named as defendants in this complaint.

CLASS ACTION COMPLAINT

127

1   together and securitized them into mortgage backed securities ("MBS") that were sold to

2   qualifying special purpose entities referred to as the "Issuing Trusts."

3          4.      The Issuing Trusts, in turn, sold "Certificates" to Plaintiff and other members of

4   the Class during the Class Period, providing monthly distributions of interest and principal on

5   future cash flows from the loans underlying the Issuing Trusts.  The Certificates included several

6   classes or "tranches" which had various priorities of payment, exposure to default, interest

7   payment provisions and/or levels of seniority.  As borrowers made their loan payments,

8   distributions were to be made to the Plaintiff and members of the Class.

9          5.      The Certificates were supported by large pools of mortgage loans that, according

10   to the Offering Documents, could consist of conventional, adjustable rate, "Alt-A," and

11   HELOCs.

12          6.      The dominant and common characteristic of the Certificates at issue was that they

13   were supported by a pool of loans secured by real estate, and each loan was purportedly subject

14   to strict underwriting practices before it was included in the pool.  For example, the Offering

15   Documents repeatedly tout the supposedly strong underwriting standards employed by IndyMac

16   Bank, as originator of many of the loans underlying the Issuing Trusts.  These representations,

17   upon which purchasers relied, assured Plaintiffs and other Class members that IndyMac Bank

18   made loans only after they had been subjected to strict underwriting whereby IndyMac Bank

19   evaluated borrower creditworthiness and the value and adequacy of collateral for the proposed

20   loan, as well as the type and intended use of the mortgaged property.

21          7.      In this regard, the Offering Documents included numerous representations about

22   the quality of the mortgage pools underlying the Issuing Trust, such as the loan-to-value

23   ("LTV") ratios used to qualify borrowers and the appraisal standards against which the real

24   estate that collateralized the mortgages had been valued in connection with the sale of

25   Certificates to Plaintiffs and members of the Class.

26          8.      Moreover, it was a condition of offering that the Certificates receive a credit

27   rating from the Rating Agencies, and representations about these credit ratings were included in

28

-2-

128

1   the Supplemental Prospectuses filed with the SEC in connection with the sale of the Certificates.

2   All of this information was essential in valuing the investment quality of the Certificates.

3        9.    As it has now become known, throughout the Class Period, IndyMac Bank either

4   blatantly disregarded or recklessly failed to follow accepted underwriting standards in

5   connection with making the mortgage loans and HELOCs underlying the Issuing Trusts. By

6   disregarding underwriting standards, including inflating the appraised value of the collateral

7   securing the loans and falsifying information on the loan applications such as the borrowers'

8   stated income, IndyMac Bank was able to close more loans and earn more fees by issuing

9   mortgages to unqualified borrowers. Then, by pooling and selling those mortgages to the Issuing

10  Trusts, IndyMac MBS, and IndyMac ABS shifted the undisclosed and increased risk of loss from

11  mortgage defaults to Plaintiff and other unwitting Class members.

12       10.    The scheme was ultimately revealed in a report issued on June 30, 2008 by the

13  Center for Responsible Lending ("CRL Report"), a national nonprofit, nonpartisan research and

14  policy organization dedicated to protecting home ownership and family wealth by working to

15  eliminate abusive financial practices. The CRL Report, titled *IndyMac: What Went Wrong?*

16  *How an "Alt-A" Leader Fueled Its Growth with Unsound and Abusive Mortgage Lending*,

17  detailed interviews with former employees and information from lawsuits that show that

18  IndyMac engaged in widespread fraudulent underwriting practices in order to close new loans.

19  The CRL Report collected the stories of 19 former employees who "describe an atmosphere

20  where the hunger to close loans ruled," and "IndyMac pushed through loans with fudged or

21  falsified information or simply lowered standards so dramatically that shaky loans were easy to

22  approve."

23       11.    Contrary to the material assurances in the Offering Documents, loans that

24  comprised the Issuing Trusts were not originated in accordance with the represented

25  underwriting standards or in accordance with applicable regulations and laws. Instead, IndyMac

26  Bank improperly caused its employees to inflate appraisals and falsify information on borrowers'

27  applications in order to close more loans.

28

-3-

12.     Because of this misconduct, the Offering Documents that IndyMac MBS and IndyMac ABS filed with the SEC in connection with the Issuing Trusts contained materially false and misleading statements concerning the Certificates' value, investment risks, and the LTV ratios of the mortgage pools underlying the Issuing Trusts.

13.     Furthermore, the systematic over-appraisal of the real estate that collateralized the mortgage pools underlying the Issuing Trusts, and the falsified borrower information, materially and adversely impacted the value of the Certificates, and Plaintiffs and members of the Class were damaged thereby.

## JURISDICTION AND VENUE

14.     The claims alleged herein arise under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77k, 77*l*(a)(2) and 77*o*.

15.     This Court has jurisdiction over the subject matter of this action pursuant to Section 22 of the Securities Act, 15 U.S.C. § 77v, which explicitly states that "The district courts of the United States . . . shall have jurisdiction of offenses and violations under this subchapter . . . and, concurrent with State and Territorial courts, except as provided in section 77p of this title with respect to covered class actions, of all suits in equity and actions at law brought to enforce any liability or duty created by this subchapter." Section 22 further provides that, "[e]xcept as provided in section 77p(c) [(Section 16 of the Securities Act)] of this title, no case arising under this subchapter and brought in any State court of competent jurisdiction shall be removed to any court of the United States." Section 16(c) of the Securities Act refers to "covered class actions." This action asserts claims under the Securities Act and is not a covered class action within the meaning of Section 16(c), and therefore, pursuant to Section 22 of the Securities Act, this action is not removable. *See Luther v. Countrywide Home Loans Servicing LP*, 533 F.3d 1031 (9th Cir. 2008).

16.     Venue is proper in this Court because many of the acts and transgressions leading to the violations of law complained of herein occurred in this County, including the preparation and dissemination of materially false and misleading statements in the Registration Statements, as well as the Prospectuses and Supplemental Prospectuses, as further detailed

-4-

below. Furthermore, IndyMac MBS and IndyMac ABS conduct their business and are headquartered within this County.

## PARTIES

17.     Plaintiff, IBEW Local 103, purchased IndyMac MBS Mortgage Pass-Through Certificates during the Class Period, pursuant to and/or traceable to the Registration Statement, and pursuant to and/or traceable to Prospectuses and Supplemental Prospectuses that IndyMac MBS and IndyMac ABS filed with the SEC on February 24, 2006, June 14, 2006, and July 27, 2006 respectively.

18.     As a direct and proximate cause of the false and misleading statements alleged herein, IBEW Local 103 suffered damages when the truth became known and the price of the Certificates dropped.

**The IndyMac Defendants**

19.     IndyMac MBS is a Delaware corporation and a limited purpose finance subsidiary of IndyMac Bank headquartered in Pasadena, California.  IndyMac MBS selected and purchased mortgage loans from IndyMac Bank, pooled them together and securitized them into MBS that were sold to the Issuing Trusts.  The Issuing Trusts, in turn, sold the Certificates purchased by Plaintiff and other members of the Class purportedly providing monthly distributions of interest and principal on future cash flows from the loans underlying the Issuing Trusts.

20.     IndyMac ABS is a Delaware corporation and a limited purpose finance subsidiary of IndyMac Bank headquartered in Pasadena, California.  IndyMac ABS also selected and purchased mortgage loans from IndyMac Bank, pooled them together and securitized them into MBS that were sold to the Issuing Trusts.  The Issuing Trusts, in turn, sold the Certificates purchased by Plaintiff and other members of the Class purportedly providing monthly distributions of interest and principal on future cash flows from the loans underlying the Issuing Trusts.

21.     Defendant John Olinski was the Chairman of the Board, Chief Executive Officer ("CEO"), Director and Principal Executive Officer of IndyMac MBS.  Defendant Olinski was also the Executive Vice President and Director of IndyMac ABS. Defendant Olinski signed each of the Registration Statements for the Issuing Trusts, specifically the Registration Statements

- 5 -

1  dated August 15, 2005, February 24, 2006, May 28, 2006 and January 31, 2007 filed by IndyMac

2  MBS with the SEC, and the Registration Statement dated August 17, 2005 filed by IndyMac

3  ABS with the SEC.

4      22.    Defendant S. Blair Abernathy was the Chairman of the Board, CEO, Director and

5  Principal Executive Officer of IndyMac ABS.   Defendant Abernathy was also the Executive

6  Vice President and Director of IndyMac MBS.  Defendant Abernathy signed each of the

7  Registration Statements for the Issuing Trusts, specifically the Registration Statements dated

8  August 15, 2005, February 24, 2006, May 28, 2006 and January 31, 2007 filed by IndyMac MBS

9  with the SEC, and the Registration Statement dated August 17, 2005 filed by IndyMac ABS with

10  the SEC.

11      23.    Defendant Samir Grover was Senior Vice President ("SVP"), Chief Financial

12  Officer ("CFO"), and Principal Accounting Officer of IndyMac MBS, and SVP, CFO and

13  Principal Financial and Accounting Officer of IndyMac ABS.  Defendant Grover signed the

14  Registration Statements dated August 15, 2005 and February 24, 2006 filed by IndyMac MBS

15  with the SEC, and the Registration Statement dated August 17, 2005 filed by IndyMac ABS with

16  the SEC.

17      24.    Defendant Simon Heyrick was the CFO of IndyMac MBS, and signed the

18  Registration Statements dated May 28, 2006 and January 31, 2007 filed by IndyMac MBS with

19  the SEC.

20      25.    Defendant Victor Woodworth was Vice President and Assistant Secretary of

21  IndyMac MBS and Assistant Secretary of IndyMac ABS.  Defendant Woodworth signed the

22  Registration Statement dated August 17, 2005 filed by IndyMac ABS with the SEC and the

23  Registration Statements dated February 24, 2006, May 28, 2006 and January 31, 2007 filed by

24  IndyMac MBS with the SEC.

25      26.    Defendant Lynette Antosh was a director of IndyMac MBS and IndyMac ABS.

26  Defendant Antosh signed the Registration Statement dated August 15, 2005 filed by IndyMac

27  MBS with the SEC, and the Registration Statement dated August 17, 2005 filed by IndyMac

28  ABS with the SEC.

1    27.    Defendant Raphael Bostic was a Director of IndyMac MBS and signed the

2  Registration Statements dated February 24, 2006, May 28, 2006 and January 31, 2007 filed by

3  IndyMac MBS with the SEC.

4    28.    Each of the Issuing Trusts is named as a defendant herein.  Collectively, the

5  Issuing Trusts are:

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| Home Equity Mortgage Loan Asset-Backed Trust, Series INDS 2006-1 | $303,363,000 | IndyMac MBS, Inc. | Goldman Sachs; UBS | Moody's; S&P |
| Home Equity Mortgage Loan Asset-Backed Trust, Series INDS 2006-2B | $585,242,000 | IndyMac MBS, Inc. | UBS; Goldman Sachs; Merrill Lynch; IndyMac Securities; Bear Stearns; Lehman | S&P; Moody's |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H1 | $490,253,000 | IndyMac ABS, Inc. | Goldman Sachs; Lehman | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H2 | $486,654,000 | IndyMac MBS, Inc. | UBS Securities; IndyMac Securities; Lehman; Bear Stearns | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 | $496,786,000 | IndyMac MBS, Inc. | Credit Suisse; Goldman Sachs; IndyMac Securities; Lehman; Bear Stearns | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2007-H1 | $650,071,000 | IndyMac ABS, Inc. | Deutsch Bank; IndyMac Securities; Lehman | S&P; Moody's |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H4 | $650,000,000 | IndyMac ABS, Inc. | Credit Suisse; IndyMac Securities; Lehman; Bear Stearns | S&P; Moody's |
| IndyMac IMJA Mortgage Loan Trust 2007-A1 | $260,408,578 | IndyMac MBS, Inc. | UBS Securities; HSBC | Fitch; S&P |
| IndyMac IMJA Mortgage Loan Trust 2007-A2 | $373,251,009 | IndyMac MBS, Inc. | Credit Suisse | S&P; Fitch |
| IndyMac IMJA Mortgage Loan Trust 2007-A3 | $220,335,257 | IndyMac MBS, Inc. | Credit Suisse; BoA | Fitch; S&P |
| IndyMac IMJA Mortgage Loan Trust 2007-A4 | $180,879,508 | IndyMac MBS, Inc. | Credit Suisse | Moody's; S&P |
| IndyMac IMSC Mortgage Loan Trust 2007-AR1 | $675,940,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |

-7-

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| IndyMac IMSC Mortgage Loan Trust 2007-AR2 | $307,392,856 | IndyMac MBS, Inc. | Goldman Sachs | S&P; Moody's |
| IndyMac IMSC Mortgage Loan Trust 2007-F1 | $274,865,070 | IndyMac MBS, Inc. | Credit Suisse | Fitch; S&P |
| IndyMac IMSC Mortgage Loan Trust 2007-F2 | $330,633,417 | IndyMac MBS, Inc. | Credit Suisse | Fitch; S&P |
| IndyMac IMSC Mortgage Loan Trust 2007-F3 | $531,137,702 | IndyMac MBS, Inc. | Credit Suisse | S&P; Fitch |
| IndyMac IMSC Mortgage Loan Trust 2007-HOA1 | $425,658,100 | IndyMac MBS, Inc. | UBS Securities | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2006-AR1 | $198,613,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2006-AR2 | $494,399,100 | IndyMac MBS, Inc. | Credit Suisse | Moody's; S&P |
| IndyMac INDA Mortgage Loan Trust 2006-AR3 | $351,738,100 | IndyMac MBS, Inc. | Goldman Sachs | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR1 | $458,961,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR2 | $237,504,100 | IndyMac MBS, Inc. | Morgan Stanley | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR3 | $315,775,000 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR4 | $340,075,749 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR5 | $367,752,000 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR6 | $420,104,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR7 | $698,603,100 | IndyMac MBS, Inc. | Credit Suisse | Moody's; S&P |
| IndyMac INDA Mortgage Loan Trust 2007-AR8 | $705,092,100 | IndyMac MBS, Inc. | Deutsche Bank | Fitch; S&P |
| IndyMac INDA Mortgage Loan Trust 2007-AR9 | $373,039,100 | IndyMac MBS, Inc. | Deutsche Bank | Moody's; S&P |
| IndyMac INDB Mortgage Loan Trust 2006-1 | $382,579,000 | IndyMac MBS, Inc. | Goldman Sachs | Moody's; S&P |
| IndyMac INDX Mortgage Loan Trust 2006-AR11 | $860,883,100 | IndyMac MBS, Inc. | Bear Stearns | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR12 | $304,376,000 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR13 | $393,668,812 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR14 | $1,097,063,000 | IndyMac MBS, Inc. | Lehman | S&P; Moody's |

- 8 -

134

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| IndyMac INDX Mortgage Loan Trust 2006-AR15 | $1,263,074,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR19 | $1,078,198,100 | IndyMac MBS, Inc. | Merrill Lynch; IndyMac Securities | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR2 | $1,740,060,000 | IndyMac MBS, Inc. | Lehman | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR21 | $256,243,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR23 | $195,628,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR25 | $1,213,813,100 | IndyMac MBS, Inc. | Morgan Stanley | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR27 | $957,606,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR29 | $827,274,100 | IndyMac MBS, Inc. | J.P. Morgan | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR3 | $773,371,100 | IndyMac MBS, Inc. | CSC | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR31 | $296,217,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR33 | $511,242,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR35 | $1,057,392,100 | IndyMac MBS, Inc. | Greenwich | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR37 | $358,634,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR39 | $691,487,100 | IndyMac MBS, Inc. | BoA | S&P; Moody's; Fitch |
| IndyMac INDX Mortgage Loan Trust 2006-AR4 | $1,504,469,000 | IndyMac MBS, Inc. | Lehman | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR41 | $444,228,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR5 | $623,793,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR6 | $1,856,334,000 | IndyMac MBS, Inc. | Greenwich | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR7 | $833,793,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR8 | $742,390,000 | IndyMac MBS, Inc. | Lehman | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR9 | $680,619,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-FLX1 | $352,225,100 | IndyMac MBS, Inc. | Deutsche Bank | S&P; Moody's |

- 9 -

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| IndyMac INDX Mortgage Loan Trust 2006-R1 | $247,006,126 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR1 | $700,665,100 | IndyMac MBS, Inc. | Citigroup | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR11 | $271,232,100 | IndyMac MBS, Inc. | HSBC | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR13 | $525,736,100 | IndyMac MBS, Inc. | HSBC | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR15 | $446,180,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR17 | $357,083,100 | IndyMac MBS, Inc. | Bear Stearns | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR19 | $330,705,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR211P | $2,014,544,100 | IndyMac MBS, Inc. | Credit Suisse | Fitch; S&P |
| IndyMac INDX Mortgage Loan Trust 2007-AR5 | $1,248,775,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR7 | $501,138,100 | IndyMac MBS, Inc. | Citigroup | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR9 | $412,730,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX1 | $398,989,300 | IndyMac MBS, Inc. | Goldman Sachs | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX2 | $344,400,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX3 | $401,225,100 | IndyMac MBS, Inc. | Credit Suisse | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX4 | $507,020,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX5 | $561,792,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX6 | $501,938,100 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L1 | $240,590,000 | IndyMac ABS, Inc. | Credit Suisse; Bear Stearns; Lehman | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L2 | $223,707,000 | IndyMac MBS, Inc. | Credit Suisse; Bear Stearns; Lehman | Moody's; S&P |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L3 | $168,555,000 | IndyMac MBS, Inc. | Credit Suisse; Lehman; Bear Stearns | S&P; Moody's |

- 10 -

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L4 | $158,000,000 | IndyMac ABS, Inc. | Credit Suisse; IndyMac Securities; Lehman; Bear Stearns | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2007-L1 | $108,020,000 | IndyMac ABS, Inc. | Credit Suisse; IndyMac Securities; Bear Stearns; Lehman | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A1 | $806,528,039 | IndyMac MBS, Inc. | Morgan Stanley; Goldman Sachs | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A10 | $248,503,651 | IndyMac MBS, Inc. | Goldman Sachs | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A11 | $322,473,374 | IndyMac MBS, Inc. | Credit Suisse; UBS | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A12 | $367,716,400 | IndyMac MBS, Inc. | UBS; Bear Stearns; Lehman | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A13 | $395,268,634 | IndyMac MBS, Inc. | Citigroup; UBS; Lehman | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A14CB | $360,282,735 | IndyMac MBS, Inc. | Greenwich | S&P; Moody's; Fitch |
| Residential Asset Securitization Trust 2006-A15 | $470,624,488 | IndyMac MBS, Inc. | CSC; UBS | S&P; Fitch; Moody's |
| Residential Asset Securitization Trust 2006-A16 | $664,784,022 | IndyMac MBS, Inc. | Goldman Sachs; Lehman | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A2 | $402,522,565 | IndyMac MBS, Inc. | CSC; Deutsche Bank; Morgan Stanley | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A3CB | $395,575,339 | IndyMac MBS, Inc. | Goldman Sachs; Morgan Stanley; UBS | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A4 (as amended from Residential Asset Securitization Trust 2006-A4IP) | $624,486,388 | IndyMac MBS, Inc. | CSC; Morgan Stanley | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A5CB | $446,643,993 | IndyMac MBS, Inc. | Goldman Sachs; Lehman | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A6 | $395,667,541 | IndyMac MBS, Inc. | HSBC | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A7CB | $444,574,597 | IndyMac MBS, Inc. | Deutsche Bank; Lehman | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A8 | $632,676,943 | IndyMac MBS, Inc. | Credit Suisse; Lehman | S&P; Moody's |

- 11 -

| Trust | Amount of Offering | Depositor | Underwriter(s) | Rating Agency(ies) |
|---|---|---|---|---|
| Residential Asset Securitization Trust 2006-A9CB | $415,715,625 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Moody's |
| Residential Asset Securitization Trust 2006-R1 | $370,736,146 | IndyMac MBS, Inc. | Goldman Sachs | S&P; Moody's |
| Residential Asset Securitization Trust 2006-R2 | $187,059,513 | IndyMac MBS, Inc. | Morgan Stanley | S&P; Moody's |
| Residential Asset Securitization Trust 2007-A1 | $380,779,045 | IndyMac MBS, Inc. | HSBC; Deutsche Bank | S&P; Fitch; Moody's |
| Residential Asset Securitization Trust 2007-A2 | $673,531,813 | IndyMac MBS, Inc. | HSBC | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A3 | $366,188,961 | IndyMac MBS, Inc. | Lehman | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A5 | $790,635,415 | IndyMac MBS, Inc. | UBS; Citigroup | S&P; Moody's; Fitch |
| Residential Asset Securitization Trust 2007-A6 | $501,532,009 | IndyMac MBS, Inc. | HSBC | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A7 | $446,734,942 | IndyMac MBS, Inc. | Merrill Lynch; HSBC | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A8 | $452,038,726 | IndyMac MBS, Inc. | Deutsche Bank; Bear Stearns | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A9 | $301,467,392 | IndyMac MBS, Inc. | Merrill Lynch | S&P; Fitch |
| Residential Asset Securitization Trust 2007-R1 | $50,263,000 | IndyMac MBS, Inc. | HSBC | S&P; Fitch |

29.     Defendants Olinski, Abernathy, Grover, Heyrick, Woodworth, Antosh and Bostic are collectively referred to herein as the "Individual Defendants."

30.     Defendants IndyMac MBS, IndyMac ABS, Olinski, Abernathy, Grover, Heyrick, Woodworth, Antosh and Bostic and the Issuing Trusts are collectively referred to herein as the "IndyMac Defendants."

**The Underwriter Defendants**

31.     Defendant Goldman, Sachs & Co. ("Goldman Sachs") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates. Defendant Goldman Sachs was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith. Defendant Goldman Sachs was also the Sponsor of the Residential Asset Securitization Trust 2006-R1 identified above.

- 12 -

1          32.    Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") acted as an

2    underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the

3    Certificates.  Defendant Credit Suisse was an underwriter of the Trusts as set forth in ¶ 28, and

4    issued false and misleading Prospectuses in connection therewith.  Defendant Credit Suisse was

5    the Sponsor of the IndyMac INDX Mortgage Loan Trust 2006-R1 identified above.

6          33.    Defendant Greenwich Capital Markets, Inc. a.k.a. RBS Greenwich Capital

7    ("Greenwich") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the

8    Offering Documents for the Certificates.  Defendant Greenwich was an underwriter of the Trusts

9    as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

10         34.    Defendant Deutsche Bank Securities Inc. ("Deutsche Bank") acted as an

11   underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the

12   Certificates.  Defendant Deutsche Bank was an underwriter of the Trusts as set forth in ¶ 28, and

13   issued false and misleading Prospectuses in connection therewith.

14         35.    Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch") acted as an underwriter

15   for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates.

16   Defendant Merrill Lynch was an underwriter of the Trusts as set forth in ¶ 28, and issued false

17   and misleading Prospectuses in connection therewith.

18         36.    Defendant Morgan Stanley & Co. ("Morgan Stanley") acted as an underwriter for

19   the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates.

20   Defendant Morgan Stanley was an underwriter of the Trusts as set forth in ¶ 28, and issued false

21   and misleading Prospectuses in connection therewith.  Defendant Morgan Stanley was the

22   Sponsor of the Residential Asset Securitization Trust 2006-R2 identified above.

23         37.    Defendant HSBC Securities (USA) ("HSBC") acted as an underwriter for the

24   Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates.

25   Defendant HSBC was an underwriter of the Trusts as set forth in ¶ 28, and issued false and

26   misleading Prospectuses in connection therewith.  Defendant HSBC was the Sponsor of the

27   Residential Asset Securitization Trust 2007-R1 identified above.

28

- 13 -

38.     Defendant J.P. Morgan Securities, Inc. ("J.P. Morgan") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates. Defendant J.P. Morgan was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

39.     Defendant Banc of America Securities LLC ("BoA") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates. Defendant BoA was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

40.     Defendant UBS Investment Bank ("UBS") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates.  Defendant UBS was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

41.     Defendant UBS Securities, LLC ("UBS Securities") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates. Defendant UBS Securities was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

42.     Defendant Citigroup Global Markets, Inc. ("Citigroup") acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates. Defendant Citigroup was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

43.     Defendant IndyMac Securities Corp. ("IndyMac Securities"), an affiliate of IndyMac Bank, acted as an underwriter for the Issuing Trusts, and drafted and disseminated the Offering Documents for the Certificates.  Defendant IndyMac Securities was an underwriter of the Trusts as set forth in ¶ 28, and issued false and misleading Prospectuses in connection therewith.

44.     Defendants Goldman Sachs, Credit Suisse, Greenwich, Deutsche Bank, Merrill Lynch, Morgan Stanley, HSBC, JP Morgan, BoA, UBS, Citigroup and IndyMac Securities are collectively referred to herein as the "Underwriter Defendants."

- 14 -

**The Rating Agency Defendants**

45.     Defendant Moody's Investor Services ("Moody's") is a credit rating agency located in New York, New York.  According to Moody's, it performs credit analysis for commercial and government entities and has a 40% market share of the worldwide credit ratings market.  According to the Offering Documents, the Sponsor "work[ed] with underwriters and rating agencies in structuring their securitization transactions."  Accordingly, Moody's was a substantial participant in creating certain of the Trusts identified below.  Moreover, defendant Moody's issued credit ratings for each of the Certificates sold to Plaintiff and the Class as set forth in ¶ 28 above, and it was a condition of issuance that the Certificates receive a certain rating by the rating agency retained to rate the credit quality of the Certificates sold by each Trust.

46.     Defendant Standard & Poor's Ratings Services ("S&P") is a division of Defendant McGraw-Hill companies, Inc. ("McGraw-Hill").   S&P is a credit rating agency located in New York, New York.  According to S&P, it performs credit analysis for commercial and government entities and also has a 40% market share of the worldwide credit ratings market.  According to the Offering Documents, the Sponsor "work[ed] with underwriters and rating agencies in structuring their securitization transactions."  Accordingly, S&P was a substantial participant in creating certain of the Trusts identified below.  Moreover, S&P issued credit ratings for each of the Certificates sold to Plaintiff and the Class as set forth in ¶ 28 above, and it was a condition of issuance that the Certificates receive a certain rating by the rating agency retained to rate the credit quality of the Certificates sold by each Trust.

47.     Defendant Fitch Ratings ("Fitch") is a credit rating agency headquartered in New York, New York and London, England.  According to Fitch, it is a leading global credit rating agency.  Fitch is a majority-owned subsidiary of Fimalac, S.A., an international business support services group headquartered in Paris, France.  According to the Offering Documents, the Sponsor "work[ed] with underwriters and rating agencies in structuring their securitization transactions."  Accordingly, Fitch was a substantial participant in creating certain of the Trusts identified below.  Moreover, defendant Fitch issued credit ratings for each of the Certificates

- 15 -

141

1  sold to Plaintiff and the Class as set forth in ¶ 28 above, and it was a condition of issuance that

2  the Certificates receive a certain rating by the rating agency retained to rate the credit quality of

3  the Certificates sold by each Trust.

4      48.    Defendants Moody's, S&P and Fitch are collectively referred to herein as the

5  "Rating Agency Defendants."

6      49.    According to the Offering Documents, the IndyMac Bank "work[ed] with

7  underwriters and rating agencies" to structure and create the following Issuing Trusts:

| Trust | Rating Agency(ies) |
|---|---|
| Home Equity Mortgage Loan Asset-Backed Trust, Series INDS 2006-1 | Moody's; S&P |
| Home Equity Mortgage Loan Asset-Backed Trust, Series INDS 2006-2B | S&P; Moody's |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H1 | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H2 | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 | Moody's; S&P |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2007-H1 | S&P; Moody's |
| IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H4 | S&P; Moody's |
| IndyMac IMSC Mortgage Loan Trust 2007-AR1 | S&P; Moody's |
| IndyMac IMSC Mortgage Loan Trust 2007-AR2 | S&P; Moody's |
| IndyMac IMSC Mortgage Loan Trust 2007-HOA1 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2006-AR1 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2006-AR2 | Moody's; S&P |
| IndyMac INDA Mortgage Loan Trust 2006-AR3 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR1 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR2 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR3 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR4 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR5 | S&P; Moody's |
| IndyMac INDA Mortgage Loan Trust 2007-AR6 | S&P; Moody's |
| IndyMac INDB Mortgage Loan Trust 2006-1 | Moody's; S&P |
| IndyMac INDX Mortgage Loan Trust 2006-AR11 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR12 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR13 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR14 | S&P; Moody's |

- 16 -

| Trust | Rating Agency(ies) |
|---|---|
| IndyMac INDX Mortgage Loan Trust 2006-AR15 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR19 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR2 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR21 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR23 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR25 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR27 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR29 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR3 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR31 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR33 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR35 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR37 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR39 | S&P; Moody's; Fitch |
| IndyMac INDX Mortgage Loan Trust 2006-AR4 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR41 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR5 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR6 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR7 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR8 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-AR9 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-FLX1 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2006-R1 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR1 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR11 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR13 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR15 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR17 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR19 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR5 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR7 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-AR9 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX1 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX2 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX3 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX4 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX5 | S&P; Moody's |
| IndyMac INDX Mortgage Loan Trust 2007-FLX6 | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L1 | S&P; Moody's |

- 17 -

| Trust | Rating Agency(ies) |
|---|---|
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L2 | Moody's; S&P |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L3 | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2006-L4 | S&P; Moody's |
| IndyMac Residential Mortgage-Backed Trust, Series 2007-L1 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A1 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A10 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A11 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A12 | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A13 | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A14CB | S&P; Moody's; Fitch |
| Residential Asset Securitization Trust 2006-A15 | S&P; Fitch; Moody's |
| Residential Asset Securitization Trust 2006-A16 | S&P; Fitch |
| Residential Asset Securitization Trust 2006-A2 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A3CB | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A4 (as amended from Residential Asset Securitization Trust 2006-A4IP) | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A5CB | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A6 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A7CB | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A8 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-A9CB | S&P; Moody's |
| Residential Asset Securitization Trust 2006-R1 | S&P; Moody's |
| Residential Asset Securitization Trust 2006-R2 | S&P; Moody's |
| Residential Asset Securitization Trust 2007-A1 | S&P; Fitch; Moody's |
| Residential Asset Securitization Trust 2007-A2 | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A3 | S&P; Fitch |
| Residential Asset Securitization Trust 2007-A5 | S&P; Moody's; Fitch |
| Residential Asset Securitization Trust 2007-R1 | S&P; Fitch |

**Relevant Non-Parties**

50.     During the Class Period, non-party IndyMac Bank was a federal savings and loan headquartered at 888 Walnut Street, Pasadena, CA.  It was the largest savings and loan headquartered in Los Angeles during the Class Period, the 7th largest nationwide based on assets, and the 9th largest residential mortgage originator based on third quarter 2006 mortgage origination volume.  IndyMac Bank served various roles in the formation and securitization of the Issuing Trusts, including as "Sponsor" of all but four of the Issuing Trusts, which were

- 18 -

1    sponsored by certain of the Underwriter Defendants as indicated above.  IndyMac Bank was

2    seized and closed by the OTS on July 11, 2008 and the FDIC was appointed as Receiver.  The

3    OTS transferred substantially all of IndyMac Bank's assets and certain liabilities to a new entity,

4    IndyMac Federal Bank, created by the OTS, and the FDIC was appointed as conservator of the

5    new institution.  IndyMac Bank filed for Chapter 7 bankruptcy protection and is now in

6    conservatorship.

7        51.    Non-party IndyMac Bancorp, Inc. ("Indy Bancorp") was a holding company for

8    IndyMac Bank.  IndyMac Bancorp, then known as Countrywide Mortgage Investments, Inc.,

9    was founded in 1985 as a passive mortgage real estate investment trust ("REIT").  In 1993, it

10   transformed into an active operating mortgage lender.  Indy Bancorp, like IndyMac Bank, was

11   seized and closed by the OTS on July 11, 2008.

12                          **SUBSTANTIVE ALLEGATIONS**

13   A.    **Background**

14       1.    **The Mortgage Industry and Mortgage Securitization**

15       52.    The mortgage industry has been traditionally characterized by a lending

16   institution (*i.e.*, the loan originator) holding a direct interest in the property as collateral for a

17   mortgage in the event the borrower defaulted on the loan.  Under the traditional model, the loan

18   originator held the note until it matured and was exposed to the concomitant risk that the

19   borrower would fail to repay the loan.  As such, under the traditional model, the loan

20   originator had a financial incentive to obtain an accurate property appraisal before issuing a

21   mortgage to ensure that the mortgage was adequately collateralized in the event the borrower

22   defaulted and the property was foreclosed.

23       53.    Beginning in the 1990s, the traditional model of loan origination changed.  Under

24   the new model, after a loan originator issues a mortgage to a borrower, the loan originator

25   typically sells the mortgage into the financial markets to third-party financial institutions.  By

26   selling the mortgage, the loan originator obtains fees in connection with the issuance of the

27   mortgage, receives upfront proceeds when it sells the mortgage into the financial markets, and

28   thereby has new capital to issue more mortgages.  The mortgages sold into the financial

- 19 -

1   markets are typically pooled together and securitized into what are commonly referred to as

2   "mortgage-backed securities" ("MBS"). In addition to receiving proceeds from the sale of the

3   mortgage, the loan originator no longer holds the risk that the borrower may default; that risk is

4   transferred with the mortgages to investors who purchase the MBS.

5          54.    As illustrated below, mortgage securitization is a structured finance process in

6   which mortgage loans are acquired, pooled together, and then sold to investors who acquire

7   rights in the income flowing from the mortgage pools.



(Source: *The Wall Street Journal*)

15         55.    The MBS pools together the cash flow received when mortgage borrowers make

16   interest and principal payments as required by the underlying mortgage terms. That cash is then

17   distributed to the holders of the MBS certificates in order of priority based on the specific

18   tranche held by an MBS investor. The highest tranche (also referred to as the senior tranche) is

19   first to receive its share of the mortgage proceeds. Since the senior tranche is *first* to receive

20   payments, it is also the *last* tranche to absorb any losses should mortgage borrowers become

21   delinquent or default on their mortgage. As a result, the senior tranches of most MBS were

22   rated AAA by the Rating Agencies. After the senior tranche, the middle tranches (referred to as

23   mezzanine tranches) next receive their share of the proceeds. In accordance with their order of

24   priority, the mezzanine tranches were generally rated from AA to BB by the Rating Agencies.

25   The process of distributing the mortgage proceeds continues down the tranches through to the

26   bottom tranches (referred to as equity tranches). This process is repeated each month and all

27   investors receive the payments owed to them so long as the mortgage borrowers are current on

- 20 -

their mortgages. The following diagram illustrates the concept of tranches within a MBS comprised of residential mortgages (often referred to as "residential mortgage backed securities" or "RMBS"):



(Source: *The Wall Street Journal*)

56.   As illustrated below, in the typical securitization transaction, participants in the transaction are the sponsor (who is often also the loan servicer), the depositor, the underwriter, the issuing trust and investors. On the closing date of a trust series, the mortgage loans supporting the trust are first sold by the sponsor of the securitization transaction to the depositor in return for cash. This has the effect of removing the loans from the sponsor's financial statements. The depositor then sells those mortgage loans and related assets to the trust, in exchange for the trust issuing certificates to the depositor. The depositor then works with the underwriter of the trust to price and sell the certificates to investors.

- 21 -