# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

_____     _____
*Date*     *Signature of Attorney/Party*

*NOTE:* ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                       )
COUNTY OF LOS ANGELES )

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, California 90017.

On May 21, 2009, the foregoing document described as follows:

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) OR (c) F.R.Civ.P.**

was filed electronically.  Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System.  Attorneys not registered with the Court's ECF system will be duly and properly served (as indicated on the attached Service List) by U.S. mail, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules:

____ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_x_ (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 21, 2009, at Los Angeles, California.

```
    Wendy Kurtz                      /s/ Wendy Kurtz
(Type of Print Name)                   (Signature)
```

**SERVICE LIST**
*IBEW LOCAL 103 v. INDYMAC MBS, INC.*
Case No.: 2:09-cv-01520-FMC (FFMx)

***The ECF system will send notification of the above-titled filing to the following ECF participants:***

Christopher J Keller
Laura Killian
Paul Scarlato
Stefanie J. Sundel
**Labaton Sucharow LLP**
140 Broadway Avenue
New York , NY 10005
212-907-0700
Fax: 212-818-0477
Email:ckeller@labaton.com
          ewohl@labaton.com
          ssundel@labaton.com

Mark I Labaton
**Kreindler and Kreindler LLP**
707 Wilshire Boulevard Suite 4100
Los Angeles , CA 90017
213-622-6469
Fax: 213-622-6019
Email: mlabaton@kreindler.com

Dean J Kitchens
Lindsay R Pennington
**Gibson Dunn & Crutcher LLP**
333 South Grand Avenue
51st Floor
Los Angeles , CA 90071
213-229-7426
Email: dkitchens@gibsondunn.com
          lpennington@gibsondunn.com

Jonathan C Dickey
**Gibson Dunn & Crutcher LLP**
200 Park Avenue 48th Floor
New York , NY 10166-0193
212-351-2399
Fax: 212-351-6399
Email: jdickey@gibsondunn.com

Robert H Fairbank
Richard D Gluck
**Fairbank & Vincent**
444 South Flower Street Suite 3860
Los Angeles , CA 90071
213-891-9010
Fax: 213-891-9011
Email: rfairbank@fairbankvincent.com
          rgluck@fairbankvincent.com

1

242444.WPD

2:09-cv-01520-FMC (FFMx)
**PROOF OF SERVICE**

```
 1   Andrew J Ehrlich
     Jason D Williamson
 2   Martin Flumenbaum
     Tobias J Stern
 3   Paul Weiss Rifkind Wharton & Garrison LLP
     1285 Avenue of the Americas
 4   New York , NY 10019
     212-373-3000
 5   Fax: 212-757-3990
     Email: aehrlich@paulweiss.com
 6          jwilliamson@paulweiss.com
            mflumenbaum@paulweiss.com
 7          tstern@paulweiss.com

 8   Jayesh Sanatkumar Hines-Shah
     Jonathan A Patchen
 9   Taylor and Company Law Offices LLP
     One Ferry Building Suite 355
10   San Francisco , CA 94111
     415-788-8200
11   Fax: 415-788-8208
     Email: jhinesshah@tcolaw.com
12          jpatchen@tcolaw.com

13
     Adam Zurofsky
14   Floyd Abrams
     Tammy L Roy
15   Christopher Gorman
     Cahill Gordon & Reindel
16   80 Pine Street
     New York , NY 10005
17   212-701-3000
     Fax: 212-269-5420
18   Email: azurofsky@cahill.com
            fabrams@cahill.com
19          troy@cahill.com
            cgorman@cahill.com
20
     David T Biderman
21   Judith B Gitterman
     Perkins Coie LLP
22   South Tower
     1620 26th Street 6th Floor
23   Santa Monica , CA 90404
     310-788-9900
24   Fax: 310-788-3399
     Email: dbiderman@perkinscoie.com
25          jgitterman@perkinscoie.com

26   Felix T Woo
     Sonnenschein Nath and Rosenthal LLP
27   601 South Figueroa Street Suite 2500
     Los Angeles , CA 90017-5704
28   213-623-9300
     Fax: 213-623-9924
     Email: fwoo@sonnenschein.com
```

2

242444.WPD

2:09-cv-01520-FMC (FFMx)
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | John E Walker |
|  | Sekret T Sneed |
| 2 | **Sonnenschein Nath & Rosenthal** |
|  | 601 S Figueroa St, Ste 1500 |
| 3 | Los Angeles , CA 90017-5704 |
|  | 213-623-9300 |
| 4 | Email: jwalker@sonnenschein.com |
|  |          ssneed@sonnenschein.com |
| 5 | |
|  | David Andrew McCarthy |
| 6 | **Wilson Sonsini Goodrich and Rosati** |
|  | 650 Page Mill Rd |
| 7 | Palo Alto , CA 94304-1050 |
|  | 650-493-9300 |
| 8 | Email: dmccarthy@wsgr.com |

3

242444.WPD

2:09-cv-01520-FMC (FFMx)
**PROOF OF SERVICE**